**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
**LYNCHBURG DIVISION**

| | |
|---|---|
| **PETER BRAKE** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | |
| ) | **Civil Action No.: 6:25cv00017** |
| **LIBERTY UNIVERSITY, INC.,** ) | |
| **JONATHAN FALWELL, DONDI E.** ) | |
| **COSTIN, ASHLEY REICH, STEVE** ) | |
| **FOSTER, and STEVE FERRO** ) | |
| ) | |
| **Defendants.** ) | |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56, Defendants Liberty University, Inc. ("Liberty" or "the University"), Dondi E. Costin, Ashley Reich, Steve Foster, and Steve Ferro (collectively, "Defendants"), by counsel, hereby moves for entry of summary judgment in their favor as to all claims asserted by Plaintiff Peter Brake ("Brake"). Summary judgment is appropriate because, in light of the undisputed facts and resolving all disputed matters in Brake's favor, no reasonable jury could determine that discrimination or retaliation has occurred.

For these reasons and those set forth in the accompanying Memorandum of Law in Support of their Motion for Summary Judgment, Defendants respectfully request that the Court grant this Motion for Summary Judgment in their favor and dismiss all claims with prejudice.

Dated:  January 22, 2026

/s/ Raven C. Burks
King F. Tower (VSB No. 38767)
king.tower@woodsrogers.com
Raven C. Burks (VSB No. 98123)
raven.burks@woodsrogers.com
Woods Rogers Vandeventer Black, PLLC
10 South Jefferson Street, Suite 1800
Roanoke, Virginia 24011
Telephone: (540) 983-7541
Facsimile: (540-983-7711
*Counsel for Defendants*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 22, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Raven C. Burks