# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
### LYNCHBURG DIVISION

CLERKS OFFICE U.S. DIST. COURT
LYNCHBURG, VA
FILED
March 02, 2026
LAURA A. AUSTIN, CLERK
BY: /s/ B. McAbee
     DEPUTY CLERK

| | |
|---|---|
| PETER BRAKE,<br><br>                    *Plaintiff,*<br><br>v.<br><br>LIBERTY UNIVERSITY, INC.; DONDI COSTIN; ASHLEY REICH; STEVE FOSTER; AND STEVE FERRO,<br><br>                    *Defendants.* | CASE NO. 6:25-CV-00017<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

For reasons enumerated in the accompanying memorandum opinion, the **Court GRANTS IN PART** and **DENIES IN PART** Defendants' motion for summary judgment. Dkt. 68. The Court denies summary judgment as to Count I for Brake's first five protected activities; denies as to Count II for Reich, Foster, and Liberty; and denies as to Count IV, V, and VI. The Court grants summary judgment as to Count I for Brake's sixth and seventh protected activities; grants as to Count II for Costin and Ferro; and grants as to Count III.

It is **SO ORDERED.**

The Clerk of Court is directed to send a copy of this order to all counsel of record. Entered this 2nd of March, 2026.

NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE