## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
### LYNCHBURG DIVISION

CLERKS OFFICE U.S. DIST. COURT
LYNCHBURG, VA
FILED

May 15, 2026

LAURA A. AUSTIN, CLERK
BY: /s/  B. McAbee
DEPUTY CLERK

PETER BRAKE,

           *Plaintiff,*

    v.

LIBERTY UNIVERSITY, ET AL.,

           *Defendants.*

CASE NO. 6:25-CV-00017

ORDER

JUDGE NORMAN K. MOON

The parties have reached a settlement in principle. *See* Dkt. 101. Because there is no longer a live controversy, this case is **DISMISSED** without prejudice, and the Clerk is directed to strike this case from the active docket.[*]

Judge Memmer ordered the parties to file their joint stipulation of dismissal with prejudice by June 23, 2026. *Id.* As allowed by the Federal Rules, the parties' joint stipulation will convert this dismissal without prejudice to a dismissal *with prejudice* without further court order. *See Holloway v. City of Virginia Beach*, 2025 WL 1888244, at *3 (E.D. Va. July 8, 2025) (citing Fed. R. Civ. P. 41(a)(1)(A)(ii)).

It is so ordered.

Entered this __15th__ day of May 2026.

NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE

---

[*]     Should the parties fail to ratify their settlement agreement, they may move to reopen this case, and the Court will vacate this order of dismissal.